UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, the CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, and the NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,

                Petitioners,

-against-

U.S. SMOKE & FIRE CORP.,

                Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/23/2021_

21 Civ. 9363 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 11, 2021, Petitioners filed a petition to confirm an arbitration award. ECF No. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly,

1. By **December 13, 2021**, Petitioners shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including memoranda of law, the arbitration award, supporting documents, and any affidavits or declarations attesting that the exhibits are true and correct copies of what they purport to be;

2. By **December 27, 2021**, Respondent shall file its opposition papers; and

3. By **January 3, 2022**, Petitioners shall file their reply, if any.

By **December 7, 2021**, Petitioners shall serve a copy of the petition and this order upon Respondent by personal service on an officer, director, managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service, pursuant to N.Y. C.P.L.R. § 311, and upon the secretary of state, pursuant to N.Y. Bus. Corp. Law § 306. By **December 14, 2021**, Petitioners shall file an affidavit of such service.

SO ORDERED.

Dated: November 23, 2021
      New York, New York

                                          ANALISA TORRES
                                         United States District Judge